

Fw: 16-2422-CB University of Florida Research v . Medtronic PLC "Clerk Order" (1:16-cv-00183-MW-GRJ)

FLNDdb_efile InterDistrictTransfer   to: Kelli Malu   02/09/2017 01:23 PM
Sent by: Blair Patton

----- Forwarded by Blair Patton/FLND/11/USCOURTS on 02/09/2017 01:22 PM -----

| | |
|---|---|
| From: | FilingNotice@cafc.uscourts.gov |
| To: | interdistricttransfer_flnd@flnd.uscourts.gov |
| Date: | 02/08/2017 03:14 PM |
| Subject: | 16-2422-CB University of Florida Research v. Medtronic PLC "Clerk Order" (1:16-cv-00183-MW-GRJ) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Federal Circuit

**Notice of Docket Activity**

The following transaction was entered on 02/08/2017 at 3:14:32 PM EST and filed on 02/08/2017

| | |
|---|---|
| **Case Name:** | University of Florida Research v. Medtronic PLC |
| **Case Number:** | 16-2422 |
| **Document(s):** | Document(s) |

**Docket Text:**
ORDER filed. The motion [30] is granted. The appeal is dismissed. Each side shall bear its own costs. ISSUED AS A MANDATE: February 8, 2017. Service: 02/08/2017 by. [405677]

**Notice will be electronically mailed to:**

Brittany Blueitt Amadi: brittany.amadi@wilmerhale.com,
Patrick.Montgomery@wilmerhale.com
Alfonso Chan: achan@shorechan.com
Russell J. DePalma, Attorney: rdepalma@shorechan.com
Mark Christopher Fleming: mark.fleming@wilmerhale.com,
patrick.montgomery@wilmerhale.com
Andrew M. Howard, Attorney: ahoward@shorechan.com, mwilkins@shorechan.com
William F. Lee: William.Lee@wilmerhale.com, whmao@wilmerhale.com

Ms. Sarah B. Petty: sarah.petty@wilmerhale.com
Michael W. Shore: shore@shorechan.com, cjohnson@shorechan.com
Mary Virginia Sooter, Attorney: mindy.sooter@wilmerhale.com, amy.titus@wilmerhale.com, marta.jost@wilmerhale.com
Mr. Seth P. Waxman, Attorney: seth.waxman@wilmerhale.com, whmao@wilmerhale.com, katie.whitley@wilmerhale.com


The following document(s) are associated with this transaction:
**Document Description:** Clerk Order
**Original Filename:** 2016-2422.Florida Research Foundation.or granting FRAP 42 dismissal.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1222887174 [Date=02/08/2017] [FileNumber=405677-0]
[6aa1a4fb05c2de569e76f501897b488f332dcb501d76aec118632080ed609886a2647964f6310224
8831b36e643054dce08f4d906220a715f42bd375b9b29dfe]]